JOHN F. ASHTON *v.* HEINKE P. ASHTON

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 736 (AC 11009), is denied.

*Abraham I. Gordon* and *Ronald D. Japha,* in support of the petition.

*Mark F. Katz,* in opposition.

Decided October 28, 1993

STATE OF CONNECTICUT *v.* ROBERT J. GRAY

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 935 (AC 11355), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Joseph D. Courtney,* in support of the petition.

Decided October 28, 1993

MARY PAULA COOLEY *v.* TIMOTHY COOLEY

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 152 (AC 10445), is denied.

*Joel M. Ellis,* in support of the petition.

*Robert B. Hempstead,* in opposition.

Decided October 28, 1993